UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION


PAMELA SMITH                                                    PLAINTIFF


VS.                                    CIVIL ACTION NO. 3:14CV428TSL-JCG


CAROLYN W. COLVIN, ACTING COMMISSIONER                         DEFENDANT
OF SOCIAL SECURITY

<u>ORDER</u>

     This cause is before the court on the objections of plaintiff

Pamela Smith to the report and recommendation of United States

Magistrate Judge John C. Gargiulo on July 9, 2015, recommending

that the government's motion to affirm the decision of the

commissioner be granted.  The court, having fully reviewed the

report and recommendation and being duly advised in the premises,

and having conducted a <u>de</u> <u>novo</u> review of those portions of the

report and recommendation to which objections were made, now finds

that the report and recommendation should be adopted as the

opinion of the court over plaintiff's objections.

     Based on the foregoing, it is ordered that plaintiff's

objections to the report and recommendation are overruled.  It is

further ordered that the report and recommendation of United

States Magistrate Judge John C. Gargiulo be, and the same is

hereby, adopted as the findings of the court.  It follows then

that the government's motion to affirm is granted, such that the
action will be dismissed with prejudice.

A separate judgment will be entered in accordance with Rule
58 of the Federal Rules of Civil Procedure.

SO ORDERED this 24th day of September, 2015.


/s/Tom S. Lee
UNITED STATES DISTRICT JUDGE